UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   JAVIER A VAZQUEZ JR

CASE NO. 04 B 37333

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-5847

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/07/04 and confirmed on 02/28/05.

2. The case was dismissed after confirmation, 05/23/2008.

3. The Debtor paid a total of $ 92398.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | 60098.66 | .00 | 60098.66 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 20367.87 | .00 | 14819.26 |
| AMERICAN GENERAL FINANCE | SECURED | 500.00 | 32.96 | 500.00 |
| GREAT AMERICAN FINANCE | SECURED | 831.00 | 54.71 | 831.00 |
| NUVELL CREDIT COMPANY LL | SECURED | 5175.00 | 414.40 | 5175.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1400.15 | .00 | 192.82 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1583.11 | .00 | 218.03 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 384.92 | .00 | 53.01 |
| CITICARDS PRIVATE LABEL | UNSECURED | 2197.50 | .00 | 302.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 455.50 | .00 | 62.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1020.93 | .00 | 140.61 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 44.53 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 6046.46 | .00 | 832.72 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 86972.53 | .00 | 13133.10 | .00 | 100105.63 |
| PRINCIPAL PAID | 81423.92 | .00 | 1802.56 | .00 | 83226.48 |
| INTEREST PAID | 502.07 | .00 | .00 | .00 | 502.07 |
| TOTAL PAID | 81925.99 | .00 | 1802.56 | .00 | 83728.55 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   3691.02 .

Refunds to the Debtor totaled $    2279.17 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 04 B 37333 JAVIER A VAZQUEZ JR